FILED

2006 OCT 26  PM 1:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FANCIULLO,<br><br>                              Plaintiff,<br>vs.<br>COMPUCREDIT CORPORATION, dba ASPIRE VISA, et al.,<br><br>                              Defendants. | CASE NO. 06cv1658 JM(NLS)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

Defendants move to dismiss Plaintiff's original complaint pursuant to Fed.R.Civ.P. 12(b)(6). Subsequent to the filing of Defendants' motion, Plaintiff filed a First Amended Complaint thus mooting Plaintiff's motion. Accordingly, the motion to dismiss the original complaint is denied as moot.

**IT IS SO ORDERED.**

DATED: 10/24, 2006

JEFFREY T. MILLER
United States District Judge

cc:   All parties