# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK FANCIULLO,** on behalf of himself and all others similarly situated,<br>　　　　　　Plaintiff,<br><br>v.<br><br>**COMPUCREDIT CORPORATION, D/B/A ASPIRE VISA, AND COLUMBUS BANK AND TRUST COMPANY, DOES 1 THROUGH 20,**<br>　　　　　　Defendants. | 3:06-CV-01658-JM-NLS<br><br>**ORDER OF JOINT DISMISSAL WITH PREJUDICE AS TO INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO CLASS ALLEGATIONS** |

//
//
//
//
//
//

      Based on the Joint Notice and Motion for Dismissal filed herewith, this Court hereby orders that:

1. The individual claims alleged by Plaintiff are dismissed WITH prejudice pursuant to FRCP 41(a)(1);
2. The class allegations alleged by Plaintiff are dismissed WITHOUT prejudice.

IT IS SO ORDERED.

Dated: June 20, 2008

_____
HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE